MELINDA HAAG (CABN 132612)
United States Attorney

ALEX G. TSE (CABN 152348)
Chief, Civil Division
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6885
    FAX: (415) 436-6748
    Alex.Tse@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AHMET ARDA CABUK,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBIN BARRETT, District Director, San Francisco, United States Citizenship and Immigration Services (USCIS); ALEJANDRO MAYORKAS, Director, USCIS; USCIS; RAND BEERS, Acting Secretary, U.S. Department of Homeland Security,<br><br>    Defendants. | C 13-4871 KAW<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

    ///

    ///

STIPULATION TO DISMISS
C 13-4871 KAW

1    Each of the parties shall bear their own costs and fees.

2   Date: January 24, 2014                    Respectfully submitted,

3                                             MELINDA HAAG
                                              United States Attorney
4

5                                             _____/s/_____
                                              ALEX G. TSE[1]
6                                             Assistant United States Attorney
                                              Attorneys for Defendants
7

8   Dated: January 24, 2014                   _____/s/_____
                                              JEREMIAH JOHNSON
9                                             Attorney for Plaintiff

10

11

12                                    **ORDER**

13   Pursuant to stipulation, IT IS SO ORDERED.

14

15   Date:  1/28/14                           _____
                                              KANDIS A. WESTMORE
16                                            United States Magistrate Judge

---

[1] I, Alex Tse, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

STIPULATION TO DISMISS
C 13-4871 KAW